An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

REGIONAL TRANSPORTATION
COMMISSION OF SOUTHERN
NEVADA; AND CLARK COUNTY,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE JOANNA
KISHNER, DISTRICT JUDGE,
Respondents,
and
ZEXIANG WANG, AN INDIVIDUAL;
GERBER HERNAN AYALA RIVERA,
INDIVIDUALLY AND AS
ADMINISTRATOR OF THE ESTATE OF
GERBER HERNAN AYALA RIVERA,
JR.; ZAKIYA CORNER, INDIVIDUALLY;
CHADWICK COOLEY, INDIVIDUALLY
AND AS SPECIAL ADMINISTRATOR
OF THE ESTATE OF HYONCHA
COOLEY, A/K/A HYON CHA COOLEY,
A/K/A HYON C. COOLEY, F/K/A HYON
CHA KIM; NICHELLE GARNER,
INDIVIDUALLY AND AS SPECIAL
ADMINISTRATOR FOR THE ESTATE
OF JOHNNI GARNER; MORENA
GUADALUPE TOMASINO DE
HERNANDEZ, INDIVIDUALLY; AND
ASHLEY GANIER AS SPECIAL
ADMINISTRATOR OF THE ESTATE OF
GERBER HERNAN AYALA DIAZ,
Real Parties in Interest.

No. 68652

FILED

NOV 24 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

### ORDER DENYING PETITION
### FOR WRIT OF MANDAMUS OR PROHIBITION

This is an original petition for a writ of mandamus or prohibition challenging a district court order denying motions to dismiss. Having considered the petition and supporting documents, we are not

 

15-36022

persuaded that petitioners have met their burden to demonstrate that our extraordinary discretionary intervention is warranted. NRS 34.160; NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991); *see also Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997) (noting that this court generally will not consider writ petitions challenging orders denying motions to dismiss). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.          _____, J.
Douglas                               Cherry

cc:    Hon. Joanna Kishner, District Judge
       Bremer Whyte Brown & O'Meara, LLP
       Clark County District Attorney/Civil Division
       Mainor Wirth
       G. Dallas Horton & Associates
       Henness & Haight
       Edward M. Bernstein & Associates/Las Vegas
       Callister & Associates
       Golightly & Vannah, PLLC
       Eighth District Court Clerk